UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 2:11-CR-000046-DCLC-CRW |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVIS W. MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Defendant's *pro se* Motion to Reduce Sentence pursuant to United States Sentencing Guideline Amendment 821 [Doc. 506]. On September 19, 2011, Defendant pleaded guilty to one count of conspiracy to manufacture at least five grams of methamphetamine and one count of conspiracy to distribute and to possess with the intent to distribute five grams or more of methamphetamine, both in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B) [Docs. 133, 142]. The Court sentenced him to 100 months' imprisonment to be followed by a four-year term of supervised release [Doc. 229], and later reduced his sentence to 97 months [Doc. 406]. Defendant completed his term of imprisonment and began his term of supervision on August 21, 2019 [Doc. 470]. Thereafter, Defendant violated the conditions of his supervision on multiple occasions. Following his most recent violation, the Court sentenced him to 18 months' imprisonment with no term of supervision to follow [Doc. 505]. Defendant completed that term of imprisonment on November 13, 2024. *See* Inmate Locator, Federal Bureau of Prisons, available at https://www.bop.gov/inmateloc/ (last accessed January 2, 2025).

1

Considering Defendant is no longer in the custody of the BOP, his motion is moot. Nonetheless, Defendant's motion lacks merit because "[o]nly a term of imprisonment imposed as part of [a defendant's] original sentence is authorized to be reduced under [18 U.S.C. § 3582(c)(2)]." U.S.S.G. § 1B1.10, cmt. 8(A). The Sentencing Commission explicitly declined to "authorize a reduction in the term of imprisonment imposed upon revocation of supervised release." *Id*. Accordingly, Defendant's motion [Doc. 506] is **DENIED**.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge